United States District Court
Southern District of Texas
**ENTERED**
May 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER RUIZ on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED | § § § § § § § | Civil Action No. 4:17-cv-01186 |
| Plaintiffs, | | |
| v. | § § | COLLECTIVE ACTION (JURY TRIAL) |
| J.S. SEPTIC SERVICES CORP | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Plaintiffs' Notice of Voluntary Dismissal, this action is Dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure

The Clerk will enter this Order and provide all parties a true copy.

SIGNED this 17th day of May, 2017.

CHIEF JUDGE LEE H. ROSENTHAL
SOUTHERN DISTRICT OF TEXAS

1